JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY DE LA TORRE,<br><br>          Plaintiff(s),<br><br>     v.<br><br>THE HOME DEPOT, INC., a corporation doing business in California, and DOES 1 through 100, inclusive,<br><br>          Defendant(s). | CASE NO.  CV 09-2613-VBF(VBKx)<br><br>[Los Angeles Superior Court<br> Case No. KC054760]<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

   Based upon the Stipulation of the parties, and good cause appearing,

   IT IS HEREBY ORDERED that the above-captioned matter, including all causes of action and claims contained therein, is dismissed with prejudice with each party to bear its own fees and costs.

   DATED this 16th day of December, 2009.

*Valerie Baker Fairbank*
_____
DISTRICT COURT JUDGE

1